# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2525
_____

Nathan Hoggard

*Plaintiff - Appellant*

Jerry Williams

*Plaintiff*

v.

Roger Page, Individually and as Registered Agent and as Member and Owner of Arabi Cattle Company other Arabi Cattle Company; Jim Franklin, Individually and as Employee of Arabi Cattle Company; Arabi Cattle Company LLC, Limited Liability Company

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro
_____

Submitted: April 12, 2018
Filed: May 7, 2018
[Unpublished]
_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

In this diversity action involving a negligence claim, Nathan Hoggard appeals from the order of the District Court[1] granting summary judgment in favor of defendants. After de novo review, we agree with the District Court's determination that defendants did not owe or assume a duty of care giving rise to liability for the injuries Hoggard sustained during a hay-loading accident. We affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.